# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:20-po-00288-CDB |
| Plaintiff, | CVB Violation 9653888 / CA71 |
| v. | ORDER TO REFUND OVERPAYMENT |
| ZHENIA H. ZAMORA, | (Docs. 13-17) |
| Defendant. | |

Defendant, Zhenia H. Zamora, was issued Violation No. 9653888 with a total collateral due of $780.00. On November 25, 2021, defendant Zhenia H. Zamora paid off the original fine amount of $780.00 and the case should have been closed. After the full collateral amount was paid, the defendant continued to make payments resulting in an overpayment of $350.00.

The Court ORDERS that a refund be issued to defendant, Zhenia H. Zamora, in the amount of $350.00.

IT IS SO ORDERED.

Dated: **July 18, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1